# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAQUIL RASHARD JORDAN,

Defendant.

Case: 2:21-cr-20188
Judge: Parker, Linda V.
MJ: Grand, David R.
Filed: 03-17-2021 At 03:32 PM
INDI USA V. SEALED MATTER (DA)

**VIOLATION:**
18 U.S.C. § 922(g)(1)

**FORFEITURE:**
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1) – *Felon in Possession of a Firearm*

On or about February 11, 2021, in the Eastern District of Michigan, the defendant, SHAQUIL RASHARD JORDAN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a .380 caliber Cobra FS380 semi-automatic handgun, that was shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense.

**THIS IS A TRUE BILL**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
ACTING UNITED STATES ATTORNEY

MATTHEW A. ROTH
Chief, Major Crimes Unit


*s/ Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan  48226
(313) 226-9641
paul.kuebler@usdoj.gov

Dated:  March 17, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _PAK_ |

**Case Title:** USA v. Shaquil Rashard Jordan

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

   ✓ Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number: _____]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 17, 2021
_____Date_____

*/s/ Paul A. Kuebler*
Paul A. Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9641
Fax:    313-226-2372
E-Mail address: paul.kuebler@usdoj.gov
Attorney Bar #: NY4268561

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.